■ ALBION FEDERAL SAVINGS & LOAN ASSOCIATION, Respondent, v THRIFT ASSOCIATIONS SERVICE CORPORATION, Appellant. [665 NYS2d 368] —Order and judgment unanimously affirmed with costs for reasons stated in decision at Supreme Court, Gorski, J. (Appeal from Order and Judgment of Supreme Court, Orleans County, Gorski, J.—Summary Judgment.) Present—Green, J. P., Pine, Doerr, Balio and Fallon, JJ.